**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | |
|---|---|
| GARY MUMM,<br><br>      Plaintiff,<br><br>    v.<br><br>RELX INC. D/B/A LEXISNEXIS,<br><br>      Defendant. | Case No. 3:21-cv-303<br><br>Judge Thomas M. Rose<br>Magistrate Judge Peter B. Silvain, Jr. |

## ORDER

This matter is before the Court on Defendant RELX Inc. d/b/a LexisNexis's Unopposed Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff Gary Mumm's Complaint. For good cause shown, the Unopposed Motion is **GRANTED**. The deadline for Defendant to file its answer or otherwise respond to Plaintiff's Complaint is hereby extended through Tuesday, February 22, 2022.

    **IT IS SO ORDERED.**


February 8, 2022                *s/Peter B. Silvain, Jr.*
                                                      Peter B. Silvain, Jr.
                                                      UNITED STATES MAGISTRATE JUDGE