# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| GARY MUMM, | Case No. 3:21-cv-303 |
| Plaintiff, | District Judge Thomas M. Rose |
| v. | Magistrate Judge Peter B. Silvain, Jr. |
| RELX INC. D/B/A LEXISNEXIS, | |
| Defendant. | |

# CONDITIONAL ORDER OF DISMISSAL

The Court has been advised by the Parties that this case has been settled.  It is **ORDERED** that this action is hereby **DISMISSED** with prejudice, provided that any of the parties may, upon good cause shown within sixty (45) days, move to reopen the action if settlement is not consummated.

 **IT IS SO ORDERED.**

                   s/Thomas M. Rose

                   _____

Date: December 2, 2022         Hon. Thomas M. Rose
                        United States District Judge